**GENSPERA, INC.,**
Plaintiff/Counterclaim Defendant–
Appellee

John T. Isaacs., Ph.D., Samuel R.
Denmeade, M.D., Counterclaim
Defendants–Appellees

v.

Annastasiah Mudiwa MHAKA,
Defendant/Counterclaimant–
Appellant.

Annastasiah Mudiwa Mhaka,
Plaintiff–Appellant

v.

Genspera, Inc., John T. Isaacs., Ph.D.,
Samuel R. Denmeade, M.D.,
Defendants–Appellees.

Nos. 2015–1059, 2015–1060.

United States Court of Appeals,
Federal Circuit.

July 16, 2015.

John Nilsson, Arnold & Porter LLP, Washington, DC, argued for appellees. Also represented by James Alexander Kaiser.

Spencer Hosie, Hosie Rice LLP, San Francisco, CA, argued for appellant. Also represented by Diane Rice, Darrell Rae Atkinson; Philip M. Andrews, Kramon and Graham, PA, Baltimore, MD.

PROST, Chief Judge, NEWMAN and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**